JACOB ANENBERG, Respondent, v. FAN-JUL REALTY CORPORATION, Appellant, and HARRY LIPSCHITZ and Others, Defendants.— Judgment directing foreclosure and sale of mortgaged premises unanimously affirmed, with costs. No opinion. An appeal does not lie from findings of fact and conclusions of law and the appeal from them is, therefore, dismissed. Present — Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ.

COMMONWEALTH WATER COMPANY, Respondent, v. JEWISH NATIONAL WORKERS ALLIANCE OF AMERICA and CO-OPERATIVE CAMPS ASSOCIATION, INC., Appellants, and JEWISH NATIONAL WORKERS' ALLIANCE INSTITUTE, INC., Defendant.— Order granting plaintiff's motion for permission to serve a supplemental summons and complaint and ordering a separate trial of certain issues raised by the pleadings affirmed, with ten dollars costs and disbursements, with leave to the appealing defendants to serve a verified answer thereto within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.